UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VALDIVINO DE OLIVEIRA<br>**Plaintiff,**<br><br>v.<br><br>**GCC2,INC. Formerly known as**<br>**GALLAS PIZZA, INC.**<br>and<br>**ROBBERT C. GALLA**<br>   **Defendants.** | )<br>)<br>)<br>) **CIVIL ACTION CASE NUMBER**<br>) **1:11-cv-01351-AT**<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S COUNSEL'S BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO ENFORCE SETTLEMENT AGREEMENT AND/OR IN THE ALTERNATIVE MOTION TO DISMISS

Plaintiff's Counsel files this Brief in Opposition to Defendants' Motion to Enforce Settlement Agreement and/or In the Alternative Motion to Dismiss.

On July 8, 2011, Defendants filed an alleged Settlement Agreement they assert they reached directly with Plaintiff, and one made without Plaintiff's counsel's knowledge or presence.

The well established legal authority is that a direct settlement between the parties which avoids the payment of Plaintiff's counsel's fees is not binding upon Plaintiff's counsel. The remedy for such collusion is that counsel may continue the case in the name of the Plaintiff. Plaintiff's counsel filed a motion for such relief on today's date, along with affidavits, evidence and legal authority in support. The facts,

1

evidence and legal authority mandating this remedy here are all set out in Plaintiff's counsel's Brief in Support of Motion of Plaintiff's Counsel to Enforce Attorney Fee Lien and Continue the Case in the Name of the Plaintiff filed on this date of July 14, 2011.

Accordingly, in Opposition to Defendants' present Motions, Plaintiff's counsel adopts here by reference, as if fully set out herein, Plaintiff's counsel's Brief in Support of Motion of Plaintiff's Counsel to Enforce Attorney Fee Lien and Continue the Case in the Name of the Plaintiff, along with the argument, legal authority, the attached affidavits and evidence as if all were fully set out here.

Respectfully submitted this 14th Day of July, 2011.

**ATLANTA LAWYER GROUP -PASTOR, P.C.**
/s/ Brian B. Pastor, Esq. /s/
Georgia Bar Number 565860
Atlanta Lawyer Group -Pastor, P.C.
1109 Bonview Ln NE Atlanta, Georgia 30324
bpastor@atlantalawyer.com
404-607-7100 (office) 404-607-7121 (fax) Attorney for Plaintiff and Lead Counsel

**LAW OFFICES OF GEORGE HANDELSMAN**
/s/S. George Handelsman, Esq./s/
Georgia Bar Number 322850
1401 Peachtree St NE, Ste 240
Atlanta, GA 30324
lawbolivia@aol.com 404-522-0777 office 404-873-3335 Fax
Attorney for Plaintiff

**CERTIFICATE OF COMPLIANCE**

This document complies with Local Rule 5.1A.  It has been prepared with the proper margins, spacing, using Times New Roman in 14 point font.
/s/ Brian B. Pastor, Esq. /s/

## CERTIFICATE OF SERVICE
## AND NOTICE OF ELECTRONIC FILING

On July 14, 2011, this PLAINTIFF'S COUNSEL'S BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO ENFORCE SETTLEMENT AGREEMENT AND/OR IN THE ALTERNATIVE MOTION TO DISMISS was served upon counsel for Defendants listed below by electronically filing it using the CM/ECF system.

 John E. Bellus, Jr., Esq. - Counsel for Defendants
 Stone & Bellus, P.C. 6849 Peachtree Dunwoody Road Building B-3, Suite 100
 Atlanta, GA 30328
 Telephone - 770-390-9950 Facsimile - 770-390-9940

/s/ Brian B. Pastor, Esq. /s/