UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **VALDIVINO DE OLIVEIRA** | ) |
| **Plaintiff,** | ) |
|  | ) |
| v. | ) **CIVIL ACTION CASE NUMBER** |
|  | ) **1:11-cv-01351-AT** |
| **GCC2,INC. Formerly known as** | ) |
| **GALLAS PIZZA, INC.** | ) |
|         **and** | ) |
| **ROBBERT C. GALLA** | ) |
|         **Defendants.** | ) |

## JOINT DISMISSAL WITH PREJUDICE

The Parties to this Action, and their respective counsel, <u>JOINTLY DISMISS THIS ACTION WITH PREJUDICE</u> in accordance with the Court's Order of September 16, 2011 and in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

In furtherance hereof, Plaintiff's counsel notes to the Court that Plaintiff Valdivino De Oliveira has never orally or in writing terminated the representation of the undersigned counsel, and counsel has never terminated the agreement of representation with Plaintiff Valdivino De Oliveira.  Accordingly, with no formal termination of representation by either, and given that the Court's independent approval of the settlements herein, the undersigned counsel can in good faith sign this Dismissal with Prejudice on behalf of

1

Plaintiff, who, in his approved settlement, gave Defendants a full general release of all claims in this Action.

Respectfully submitted this 19th Day of September, 2011.

| | |
|---|---|
| **ROBERT GALLA,** **GCC2, Inc., GCC, Inc.,** **Galla's Pizza, Inc.** | **BRIAN B. PASTOR, Esq.** |
| /s/Robert Galla/s/ | By:/s/Brian B. Pastor, Esq./s/ |
| **ROBERT GALLA.** | **BRIAN B. PASTOR, Esq.** |
| In his Individual and Personal Capacity & as President of Galla's Pizza GCC2, Inc., & GCC, Inc. | In his Individual and Personal Capacity & as authorized officer of Atlanta Lawyer Group – Pastor, P.C. & as Counsel for  Plaintiff Valdivino De Oliveira |

*Signatures Continued on Next Page*

| | |
|---|---|
| **STONE & BELLUS, P.C.** | **GEORGE HANDELSMAN, Esq.** |
| By: /s/John E. Bellus, Jr./s/ | By: /s/George Handelsman, Esq./s/ |
| **JOHN E. BELLUS, JR., Esq.** Attorney for Galla related entities and in his individual and personal capacity and as authorized Officer of Stone & Bellus, P.C. And as Counsel for Defendants Galla's Pizza, Inc. and GCC2, Inc. | **GEORGE HANDELSMAN, Esq.** and as Counsel for Plaintiff Valdivino De Oliveira |

## CERTIFICATE OF COMPLIANCE

This document complies with Local Rule 5.1A.  It has been prepared with the proper margins, spacing, using Times New Roman in 14 point font.

/s/ Brian B. Pastor, Esq. /s/

## CERTIFICATE OF SERVICE
## AND NOTICE OF ELECTRONIC FILING

On September 19, 2011 the undersigned served the foregoing JOINT DISMISSAL WITH PREJUDICE   upon Defendants and counsel for Defendants listed below by electronically filing it using the CM/ECF system.

> John E. Bellus, Jr., Esq. - Counsel for Defendants
> Stone & Bellus, P.C. 6849 Peachtree Dunwoody Road Building B-3, Suite 100 Atlanta, GA 30328
> Telephone - 770-390-9950 Facsimile - 770-390-9940

> And upon Plaintiff by sending such by e-mail (permitted by fee agreement) and by U.S. Mail to his last known address of record for notices as such is contained in Plaintiff's fee agreement by Regular Mail.

> Valdovino1234@hotmail.com

> Valdivino De Oliveira
> 2850 Delk Rd. Apt. 3J
> Marietta, GA 30067

/s/ Brian B. Pastor, Esq. /s/